**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD COLLIER,

    Plaintiff,

v.

VALLEJO POLICE DEPARTMENT, *et al.*,

    Defendants.
    /

No. C 13-755 SI

**ORDER RE: "MOTION TO SET ASIDE DEFENDANTS' JURISDICTION TO THE EASTERN DISTRICT"**

In an order filed April 30, 2013, the Court transferred this case to the Eastern District of California because plaintiff and all of the defendants reside in the Eastern District of California, and a "substantial part of the events or omissions" giving rise to plaintiff's claims occurred in that district. 28 U.S.C. § 1391(b). The case was transferred on April 30, 2013, and on May 1, 2013, the Eastern District of California opened this action as case number 2:13-cv-00852 LKK. According to the docket in the Eastern District, the case remains pending there.[1]

On September 23, 2013, this Court received a filing from plaintiff directed to the "United States District Courts for the 9th Circuit Court of Appeals for the Northern District of California." The filing is titled "Motion to set aside defendants' jurisdiction to the Eastern District Due to Obstruction of Justice Perpetrated Through Mail Fraud by the Vallejo Postal Service and the City of Vallejo." Plaintiff's September 23, 2013 filing states "May the records reflect the Plaintiff has obtained evidence

---

[1] On September 5, 2013, Magistrate Judge Allison Claire issued a Findings and Recommendations recommending that the case be dismissed. Plaintiff did not file an objection to that report.

that city officials conspired with [the] Vallejo Postal Service, committing fraud by procuring Plaintiff's petition from reaching the 9th Circuit Court of Appeals."

The Court directs the Clerk to file plaintiff's September 23, 2013 pleading on this docket, and to transmit the filing to the Clerk of the Eastern District of California for filing in 2:13-cv-00852 LKK, along with a copy of this Order. The Court hereby informs plaintiff that because the case was transferred to the Eastern District, this Court cannot take any further action in this case. Plaintiff is directed to make all future filings in the Eastern District, and to the extent plaintiff wishes to challenge the transfer, plaintiff may do so through an appeal of the Eastern District case.

**IT IS SO ORDERED.**

Dated: October 2, 2013

SUSAN ILLSTON
United States District Judge

2